**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

| | |
|---|---|
| M.T.G., INC., d/b/a MATRIX TECHNOLOGIES GROUP, | Case No. 95-48268<br>Chapter 7<br>Hon. Thomas J. Tucker |
| Debtor. | |

GUY C. VINING, as the Trustee for
the Chapter 7 Estate of M.T.G., Inc.,
and in the name of the UNITED
STATES OF AMERICA,

                Plaintiff,                        Adv. No. 03-4950

v.

COMERICA BANK, et al.;

                Defendants.

## NOTICE OF WITHDRAWAL OF TRUSTEE'S DEMAND FOR JURY TRIAL

The Trustee hereby withdraws his demand for a jury trial in this action.

                                            /s/ Todd M. Halbert
                                            Todd M. Halbert (P33488)
                                            Special Counsel for the Trustee
                                            24359 Northwestern Hwy., Suite 250
                                            Southfield, MI 48075
                                            248-356-6204

Dated:  November 13, 2008

## CERTIFICATE OF SERVICE

       I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to Robert G. Brower at rbrower@bodmanllp.com, Mark E. Shreve at mshreve@garanlucow.com, Jeffrey M. Frank at jfrank@albercrafton.com, and Brian D. Einhorn at brian.einhorn@ceflawyers.com.

                                        */s/ Todd M. Halbert*
                                        Todd M. Halbert (P33488)
                                        Special Counsel for the Trustee
                                        24359 Northwestern Hwy., Suite 250
                                        Southfield, MI 48075
                                        248-356-6204

Dated: November 13, 2008

2

03-04950-tjt   Doc 270   Filed 11/13/08   Entered 11/13/08 13:21:37   Page 2 of 2