# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:

M.T.G., INC., d/b/a MATRIX        Case No. 95-48268
TECHNOLOGIES GROUP,             Chapter 7
                                         Judge Thomas J. Tucker
              Debtor.

_____

GUY C. VINING, etc.,

              Plaintiff,              Adv. No. 03-4950

v.

COMERICA BANK, et al.,

              Defendants.

_____

## OPINION REGARDING PLAINTIFF TRUSTEE'S
## NOVEMBER 30, 2022 FEE ITEMIZATION

       This Opinion is a follow-up to the Court's Order entered on October 7, 2022, entitled "Order Regarding Summary Judgment Motions" (Docket # 770, the "October 7 Order"). In paragraphs 8 and 9 of the October 7 Order, the Court ordered, in pertinent part, the following regarding part of the relief to be awarded to Plaintiff Guy C. Vining, Trustee ("Vining") (footnotes included):

> 8. With respect to Count I of Vining's Complaint, the following relief is granted in favor of Vining:
> . . .
>
> (c) partial summary judgment is granted in favor of Vining and against Defendants Charles J. Taunt, Charles J. Taunt & Associates, P.C., and Plunkett & Cooney, P.C., jointly and severally, in the amount, yet to be quantified by the Court, of the reasonable attorney fees incurred by Vining on behalf of the

bankruptcy estate after his election as Chapter 7 Trustee on January 10, 2002, in successfully obtaining, in litigation in this Court and in the United States District Court (the "district court"), the following relief: (i) the opinions and orders by Judge Hughes regarding disgorgement of attorney fees based on the district court's first appeal decision;[1] (ii) this Court's April 16, 2007 Order vacating the Comerica Settlement Order; the Comerica Claim Allowance Order; and the Comerica Relief from Stay Order, and the affirmance of that Order in the district court;[2] and (iii) the undersigned judge's April 16, 2010 Order, quantifying the attorney fees to be disgorged,[3] based on the district court's first appeal decision and the opinions and orders on that subject by Judge Hughes referred to in item (i) of this paragraph.[4]

9. The amount of the reasonable attorney fees referred to in paragraph 8(c) of this Order, above, will be quantified by the Court using the following procedure.

(a) No later than November 7, 2022, Vining must file an itemization of such attorney fees that complies with the requirements of L.B.R. 7054-1(a)(1) and 7054-1(a)(3) through 7054-1(a)(5) (E.D. Mich.).

(b) No later than November 21, 2022, Defendants Charles J. Taunt, Charles J. Taunt & Associates, P.C., and Plunkett & Cooney, P.C. must file any objections or response to Vining's itemization.

---

[1] These opinions and orders by Judge Hughes are described in footnote 417 of the Court's Summary Judgment Opinion, filed today.

[2] *See* Docket # 1354 in Case No. 95-48268 ("Amended Order Regarding 'Fraud on the Court' Issues and Pending Summary Judgment Motions," filed April 16, 2007); *see also In re M.T.G., Inc.*, 366 B.R. 730 (Bankr. E.D. Mich. 2007); *aff'd.*, 400 B.R. 558 (E.D. Mich. 2009).

[3] This Order is described in footnote 418 of the Court's Summary Judgment Opinion, filed today.

[4] All of these fees to be awarded based on work done by Halbert after January 10, 2002 will be for work done by Halbert after he was retained as special counsel for Vining, in Vining's capacity as Chapter 7 Trustee in the *MTG* case. As discussed in footnote 455 of the Court's Summary Judgment Opinion, filed today, the Court deems Halbert to have been employed as special counsel for Vining at all times effective from January 10, 2002 through the present.

2

> (c)  After the November 21, 2022 deadline has passed, the Court
> may schedule a further hearing, and either with or without holding
> a further hearing, the Court will enter an order quantifying the
> amount of such reasonable attorney fees that must be paid, and the
> Court will enter judgment accordingly.[5]

(October 7 Order at 2-3, ¶¶ 8-9).

After obtaining an extension of time to do so,[6] Vining timely filed his fee itemization, on November 30, 2022 (Docket # 815, the "Fee Itemization").  On December 16, 2022, Defendants Plunkett Cooney, P.C. and Charles J. Taunt & Associates, P.C. timely filed their joint objections to the Fee Itemization (Docket # 826, the "Objections").  Later that day, Defendant American Casualty Company of Reading, PA filed a paper concurring and joining in the Objections (Docket # 827, the "Objections Concurrence").

The Court has carefully considered the Fee Itemization, the Objections, and the Objections Concurrence, and all relevant parts of the record.  The Court will approve the Fee Itemization in part, and disapprove it in part, as described in this Opinion, below.  In doing so, the Court will sustain the Objections in part, and overrule them in part, as explained below.

Paragraph 8(c) of the October 7 Order, quoted above, defined the scope of the "reasonable attorney fees" to be awarded in favor of Vining and against "Defendants Charles J. Taunt, Charles J. Taunt & Associates, P.C., and Plunkett & Cooney, P.C., jointly and severally."[7]

_____

[5]  As an alternative to the procedures specified in this Order, if at any point the affected parties agree on the amount of such reasonable attorney fees, then the parties may file a stipulation and submit a proposed order.  In such a stipulation and proposed order, the parties may expressly reserve any and all rights of appeal.

[6]  *See* Order filed November 1, 2022 (Docket # 784).

[7]  On December 16, 2022, the Court entered an Order substituting Cheri L. Taunt, personal representative for the probate estate of Charles J. Taunt, as Defendant in place of Defendant Charles J.

The Court will refer to this scope in this Opinion as the "Relevant Scope." The Court finds that some, but not all, of the fees itemized in Vining's Fee Itemization are within the Relevant Scope, and are reasonable attorney fees, and as such, they will be awarded in favor of Vining (the "Allowed Fees").[8] These Allowed Fees are shown in the copy of the Fee Itemization that is attached to this Opinion. In the attached itemization, the Court has made handwritten notations. The Court has crossed out the amounts in the "Time" column for the fee entries that the Court finds to be outside the Relevant Scope, and for which fees will not be allowed.[9] Many but not all of these disallowed fee entries were objected to in the Objections. To the extent the Court allows the fee entries in the attachment, the objections stated in the Objections to them, if any, are overruled as without merit.

The Court also attaches to this Opinion a spreadsheet created by the Court, showing the Court's calculation of the total amount of the Allowed Fees, which total is $163,328.00.

The Court adds the following points.

First, the Court finds, contrary to Vining's argument, that most of the time entries Vining has marked with a "fn1" reference in the Fee Itemization are outside the Relevant Scope. Vining acknowledges that these "fn1" time entries "may not fit within the ordered criteria," but argues that the Court should allow these fees because they mostly concern Vining's successful efforts to

_____

Taunt, deceased. (*See* Order, Docket # 824).

[8] The Court finds that all of the hourly rates used in Vining's Fee Itemization are reasonable. The Objections and Objection Concurrence to not argue otherwise. And the Court finds that the time spent doing the work described in each of the allowed time entries was reasonable.

[9] A relatively small number of the fee entries being disallowed because they are too vague to show that they are within the Relevant Scope.

4

keep Todd Halbert from being disqualified as special counsel for the Trustee, and that Halbert's services were essential to Vining's prosecution of this adversary proceeding.[10] But even assuming that Todd Halbert's retention was essential, as Vining argues, these fees are outside the Relevant Scope, so they will not be allowed.

The Court's summary judgment opinion acknowledged that the Court was not awarding Vining all of the attorney fees he incurred in prosecuting this adversary proceeding and in litigating related matters in the main bankruptcy case. This was a deliberate decision by the Court, made for the reasons explained in the Court's summary judgment opinion. The Court reiterates its decision to limit the fees to be awarded in favor of Vining to the Relevant Scope.

Second, the Court rejects the argument in the Objections that many of Vining's fee entries should be excluded and disallowed because, in effect, Vining's special counsel Todd Halbert already was paid such fees by the bankruptcy estate. These are fee entries that, according to the Objections, were included in Todd Halbert's fee itemization filed in support of the contingent fee award that the Court previously approved for Halbert, based on Vining's $175,000.00 settlement with the Miller Canfield firm. The Objections argue that it is "inappropriate" to allow such fees in favor of Vining now, because that would "duplicate" the contingent fee previously awarded to Halbert.[11]

The Court rejects this argument. The argument confuses the fees previously awarded to Vining's special counsel Todd Halbert, on the one hand, with the fees now to be awarded in favor of Vining and against the objecting Defendants, on the other hand. The former fees are

---

[10] *See* Fee Itemization at 2, n. 1.

[11] *See* Objections (Docket # 826) at 4-6, ¶¶ 10-15.

5

fees that were paid *by the bankruptcy estate* to its special counsel. The latter fees are fees to be paid *to the bankruptcy estate* by the objecting Defendants. Unlike the former fees, the latter fees are to reimburse the bankruptcy estate for fees the estate has incurred and has had to pay to its attorneys for their work on the matters covered by the Relevant Scope of fees. The fact that the bankruptcy estate previously paid its special counsel for some of the work covered by the Relevant Scope is not a logical reason to reduce the amount by which the Defendants must reimburse the estate. In effect, and without saying so expressly, Defendants' argument seeks to narrow the Relevant Scope of the fees that the Court defined in its October 7 Order. The Court will not do so.

For the reasons stated in this Opinion, and reflected in the Court's attachments to this Opinion, the Court finds and concludes that the amount of attorney fees to be awarded in favor of Vining and against the named Defendants under paragraph 8(c) of the October 7 Order is $163,328.00. The Court will prepare and enter a judgment reflecting this ruling.

**Signed on December 20, 2022**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

**Fees Allowed Summary:**

I. Vining time entries allowed:

| year: | hours: | rate: | fees: |
|---|---|---|---|
| 2002 | 25.9 | $210 per hour | $5,439.00 |
| 2003 | 8.2 | $215 per hour | $1,763.00 |
| 2004 | 80.2 | $220 per hour | $17,644.00 |
| 2005 | 15.4 | $225 per hour | $3,465.00 |
| 2007 | 28.7 | $235 per hour | $6,744.50 |
| 2008 | 5.6 | $240 per hour | $1,344.00 |
| 2009 | 2 | $245 per hour | $490.00 |
| 2010 | 2.3 | $250 per hour | $575.00 |

Vining fee total: **$37,464.50**

II. Halbert time entries allowed:

| year: | hours: | rate: | fees: |
|---|---|---|---|
| 2002 | 130.5 | $270 per hour | $35,235.00 |
| 2003 | 7.9 | $275 per hour | $2,172.50 |
| 2004 | 143.9 | $280 per hour | $40,292.00 |
| 2005 | 32.6 | $285 per hour | $9,291.00 |
| 2006 | 2.6 | $290 per hour | $754.00 |
| 2007 | 87.1 | $295 per hour | $25,694.50 |
| 2008 | 24.6 | $300 per hour | $7,380.00 |
| 2009 | 1.7 | $305 per hour | $518.50 |
| 2010 | 14.6 | $310 per hour | $4,526.00 |

Halbert fee total: **$125,863.50**

**Total fees:** **$163,328.00**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

M.T.G., INC., d/b/a MATRIX
TECHNOLOGIES GROUP,

        Debtor.

Case No. 95-48268
Chapter 7
Hon. Thomas J. Tucker

_____/

GUY C. VINING, as the Trustee for the
Chapter 7 Estate of M.T.G., Inc., and in
the name of the UNITED STATES OF AMERICA,

        Plaintiff,

Adv. No. 03-4950

v.

COMERICA BANK, CHARLES J. TAUNT, AMERICAN
CASUALTY COMPANY OF READING, PA., CHARLES
J. TAUNT & ASSOCIATES, P.C., PLUNKETT & COONEY,
P.C., RONALD MARCINELLI, STEVEN LYONS, PAUL DUFAULT,
and MICHAEL A. COLLINS,

        Defendants.

_____/

EXHIBIT A

SUMMARY OF ATTORNEY TIME – Attorney Guy Vining

| DATE | WORK PERFORMED | TIME |
|------|----------------|------|
| 1-10-2002 | Receipt, review and file Order Certifying Election of Guy Vining as Trustee. No charge. | -0- |
| 1-14-2002 | Drafting and filing of Acceptance of Election and Trust. | 1.8 |
| 1-08—1-16-2002 | Calls discussions, meeting with Todd M. Halbert [ TH ] regarding his affidavit of disinterestedness, proposed application to employ him and proposed fee arrangements. Negotiations and revisions. | 4.0    fn#1. |

1

| | | |
|---|---|---|
| 1-31-2002 | Receipt and review the 1-24-2002 Opinion on Consolidated Motions to Vacate for Fraud on the Court. Meeting with TH and also get advice from Trustee Grogan and legal counsel K Schneider as to his investigation. | 3.0 |
| 2-07-2002 | Receipt and review of Motion to Vacate-Reconsideration of 1-24-2002 Order with TH. Meeting. | 2.2 |
| 2-19-2002 | Finalize and file Amended Employment Application for TH along with affidavit, for employment as special counsel. | .6 ~~fn#1~~ |
| 2-22-2002 | Work with TH on Objection to Taunt Motion to Vacate Order of 1-24-2002. | .8 |
| 3-7-2002 | Receipt and review Motion by K Schneider to Vacate TH's Employment Order dated 2-22-2002. | .3 ~~fn#1.~~ |
| 3-7—3-21-2002 | Discussion with TH about initiating appeal from the 1-24-2002 Order as it provides insufficient relief. Discussions with TH about designation of record for appeal and statement of issues involved. | 1.2 |
| 3-21-2002 | Work with TH on Objection to Vacate Employment Order. | .7 ~~fn#1.~~ |
| 3-25-2002 | Review before filing Designation and Statement of Issues on fraud on court appeal. | .4 |
| 3-25-2002 | Assist TH in drafting and preparation of Objections to Motion to Vacate Employment of TH. | .8 ~~fn#1.~~ |
| 4-19-2002 | Preparation for and court appearance for Schneider et al Motions to Vacate TH Employment. | 5.0 ~~fn#1.~~ |
| 6-14-2002 | Preparation for and attend hearing on Motion to Vacate TH employment. Discussions with general counsel, Kenneth Nathan [KN] and with TH. TH is removed as Special Counsel. Interesting to note that each and every interested party participated in the removal actions to leave the estate without competent counsel well versed in the issues. Prior to this employment of TH discussions were held with various law firms to see if there was interest in representing the estate, without success. Trustee Vining is now completely without legal counsel. | 3.5 ~~fn#1.~~ |
| 7-16-2002 | Receipt, review and calendar Order Vacating Employment of TH. | .2 ~~fn#1.~~ |

2

| | | |
|---|---|---|
| 7-16—7-26-2002 | Work with TH in discussing and preparation of Motion for Reconsideration of Removal as Special Counsel. Telephone conferences with TH. | 2. fn#1. |
| 7-27-2002 | Receipt, review preliminary brief in FOC Appeal. | .9 |
| 7-29-2002 | Receipt, review updated brief for FOC Appeal. | .7 |
| 7-30-2002 | Telephone conference with TH in connection with FOC. | .5 |
| 8-7-2002 | Receipt, review updated FOC brief and telephone conference with TH. | .6 |
| 8-8-2002 | Office conference with TH re Amended FOC brief. | 1.0 |
| 8-9-2002 | Review Amended Fraud on Court brief and Exhibits. | 1.1 |
| 8-13-2002 | Receipt, review and calendar Order Denying Reconsideration of Employment of TH. | .2 fn#1. |
| 8-20-2002 | Receipt, review and calendar Notice of Appeal [02-73392 ] US District Court re Removal of TH. | .2 fn#1. |
| 8-13-2002 | Review all briefs on appeal on the Fraud on the Court Appeal from Judge Hughes opinion in Fed Dist. Court Appeal 02-70486. | 8.0 |
| 8-13-2002 | Work on tolling agreement for concern on statutes of limitations of various causes of action. | 2.3 |
| 8-13-2002 | Telephone Conference with TH regarding FOC appeal and negotiation with parties. | .5 |
| 8-13—8-29-2002 | Telephone calls to opposing counsel to discuss tolling and scheduling meeting regarding the same and settlement discussions. Calls with J Green, K Nathan, S Toll, D Lerner and to Mr. Cooney. Calls with general counsel K Nathan to discuss preparation of tolling agreement. Circulate tolling agreement drafts. Circulate a copy of Professor JJ White's fraud on the court expert opinion. | 2.0 |
| 8-29-2002 | Preparation for and brief meetings with S Toll and J Green. Meeting with the forgoing defense counsel with KN to discuss tolling arrangements and future settlement discussions. | 2.8 |

3

| | | |
|---|---|---|
| 8-29-2002 | Discussions and meeting for dinner with D Gasiorek as to whether his firm would come on as litigation counsel. No charge. Approximately 2 hours. Contacting other firms also with avail. No one interested in complicated and contingent representation on bankruptcy issues. | -0- |
| | | |
| 8-28-2002 | Meeting with K Vernocke, J Vernocke of Phoenix Press [ an unsecured creditor ] to flesh out proposal to purchase the assets of the estate and undertake the litigation against the potential defendants. Estate would receive an end to costs and wrangling over employment issues, $50,000.00, upfront and a large percentage of any litigation proceeds and all professional costs of the litigation paid for. No charge. Approx. 3 hours. | -0- |
| | | |
| 10-04-2002 | Preparation for meetings for settlement discussions. Call with TH. | .3 |
| | | |
| 10-9-2002 | Work on Complaint against bond company, American Casualty Co. | 6.6 |
| | | |
| 10-10-2002 | Meeting with TH to discuss complaint American Casualty. | .75 |
| | | |
| 10-21-2002 | Receipt and review draft of Reply Brief on FOC. | .4 |
| | | |
| 10-24-2002 | Receipt and review and legal analysis of Comerica brief on appeal in fraud on the court from decision of Judge Hughes. | 4.3 |
| | | |
| 10-25-2002 | Telephone conference with TH in connection with the Comerica brief on appeal. | .3 |
| | | |
| 11-19-2002 | Telephone conference with J Frank of American Casualty about a tolling agreement | .3 |
| | | |
| 12-11-2002 | Telephone conferences and redraft of tolling agreement | .8 |
| | | |
| | Total hours for 2002 @ $ 210.00 hour: | 60.25 |
| | Total fee requested at $ 210.00= | $12,652.50 |
| | | |
| | | |
| 1-3-2003 | Drafting and filing of Order of Dismissal Without Prejudice of suit against American Casualty. | .5 |
| | | |
| 1-14—1-31-2003 | Misc. and multiple calls and correspondence with defendants' counsel to set up meetings to discuss settlement. | .5 |
| | | |

4

| | | |
|---|---|---|
| 2-14-2003 | Meeting with counsel J Green, S Roach, Frank and others to discuss resolution of fraud on court issues. | 3.0 |
| 3-14-2003 | Telephone conference with J Frank to revisit settlement efforts on fraud on the court and disgorgement issues. | .3 |
| 3-25-2003 | Drafting settlement proposal for Comerica. Call with and luncheon meeting with J Green to discuss settlement with Comerica. | 2.5 |
| 3-25-2003 | Drafting a settlement proposal for Mr Taunt and Plunkett and Cooney. | 1.0 |
| 4-12-2003 | Receipt, review and legal analysis of Judge Taylor's opinion and order of 4-10-2003 regarding fraud on the court and vacation of various Comerica orders. Discuss with TH. | 1.5 |
| 4-12-2003 | Receipt and review opinion of A. D. Taylor. Telephone conference with TH concerning opinion. | 1.2 |
| 5-9-2003 | Prepare final draft of settlement proposal for Plunkett and Cooney and Mr. Taunt. | 1.0 |
| 5-14-2003 | Meeting with J Frank and C Toby re settlement proposal. | 3.2 |
| 6-16-2003 | Meeting with H Cooney, D Lerner and M Ashcroft to discuss Settlement of fraud on the court issues. | 3.0 |
| 7-14-2003 | Initial drafting of Motion for Pretrial Conference. | 1.5 |
| 7-29-2003 | Receive call from H Cooney to discuss facilitation of fraud on the court issues. | .3 |
| 9-11-2003 | Receipt, review and legal analysis of Judge Taylor's decision which reversed the attorney disqualification order as to TH. | .8    fn#1. |
| 9-18-2003 | Discuss Judge Taylor's decision with TH and KN. | 2.0    fn#1. |
| 9-18-2003 | Meeting with TH and Kenneth Nathan to discuss Judge Taylor's on contested FOC and Planning. | 2.5 |
| 10-17-2003 | Receipt and review of claim of appeal to 6th Circuit filed by Mr. Taunt in appeal of Judge Taylor's reversal of disqualification order. | .5    fn#1. |

5

| Date | Description | Hours |
|------|-------------|-------|
| 10-28-2003 | Drafting Motion to Intervene in the in the consolidated motions to vacate Comerica settlement orders on behalf of the estate, | 1.5 |
| 10-31-2003 | Preparation of appearance and related correspondence in connection with Mr. Taunt's appeal to the 6th Circuit. | .8  fn#1 |
| 12-11-2003 | Court appearance on Defendants' Objections to TH reemployment as special counsel. | 1.5  fn#1 |
| | Total hours for 2003 at $215.00: | 29.10 |
| | Total fee requested at $215.00: | $6,256.50 |
| 1-06-2004 | Reread Judge Taylor's 9-11-2003 decision regarding TH employment. | .4 |
| 1-06-2004 | Render misc. assistance to TH in regard to preparation of Motion for summary Judgment on fraud on the court against Comerica. | 2.5 |
| 1-16-2004 | Telephone conference in connection with the new fraud on the court case of Big Rivers. Obtain case and legal analysis of the same. | 2.2 |
| 1-16-2004 | Receipt and review emails from TH, i.e., Gellene and Big Rivers case. Telephone conference to discuss. | 1.8 |
| 1-29-2004 | Receipt and review preliminary draft of Summary Judgment briefs re fraud on the court prepared by TH. | 1.2 |
| 2-2-2004 | Receipt and review updated briefs for Summary Judgment re fraud on the Court and memos re Comerica connections with exhibits. | 1.7 |
| 2-4-2004 | Review final draft of Comerica fraud on the Court brief. | 2.3 |
| 3-09-2004 | Receipt and review and legal analysis of Mr. Taunt's Motion for Summary Judgment of Taunt. | 2.0 |
| 3-11-2004 | Receipt and review MC motion and brief for FOC Motion. | 1.6 |
| 3-28-2004 | Receipt and review the Taunt defendant's Appellate brief. Office conference with TH in connection with FOC contested matters. | 3.2 |
| 3-29—3-30-2004 | Meeting with John Hertzberg and drafting proposed Affidavit to use in connection with the fraud on the court issues and disgorgement. Discuss with TH. | 3.0 |

6

03-04950-tjt    Doc 815    Filed 11/30/22    Entered 11/30/22 08:58:34    Page 9 of 38
03-04950-tjt    Doc 830    Filed 12/20/22    Entered 12/20/22 10:32:33    Page 13 of 39

| | | |
|---|---|---|
| 4-7-2004 | Discussions with TH regarding preparation of reply briefs to adverse counsels' Motions for Summary Judgment motions. | 1.1 |
| 6-03-2004 | Court appearance on Trustee Motion to sell assets. Without counsel and funding for litigation it was deemed an appropriate course of action to sell the litigation and bring in cash. Motion denied. No charge. | 0 |
| 6-05-2004 | Work with TH in outlining reply briefs as to adverse parties Motions for Summary Judgment on fraud on the court issues. | 2.2 |
| 6-8-2004 | Receipt and review TH preliminary drafts of FOC reply briefs. | 2.1 |
| 6-14-2004 | Receive information from TH as to further fraud on the court in relation to the DIP accounts. | .7 |
| 6-14-2004 | Review the appellate brief in the 6th Circuit Court on TH employment. | .6  fn#1. |
| 6-14-2004 | Receipt and review letter re Taunt disgorgement. | .2 |
| 6-21-2004 | Calls with TH in connection with the DIP accounts and meeting. | 2.3 |
| 6-29-2004 | Meeting with TH regarding DIP accounts as FOC and other non-disclosure of Taunt to the Court. | 1.5 |
| 7-01-02, 2004 | Work on motion to amend fraud on the court briefing in relation to DIP accounts. | 7.0 |
| 7-06-2004 | Revisions to motion to amend and show cause and additional legal research. | 3.0 |
| 7-12-2004 | Review TH proof brief to 6th Cir on employment issue. | 1.3  fn#1. |
| 7-13-2004 | Continue drafting of the show cause/ amend motion | 2.0 |
| 7-15-2004 | Work with T Halbert to finish final draft of show cause/ amend brief. | 1.5 |
| 8-09-2004 | Receipt and review Comerica answer to contempt/ amend motion. | .9 |
| 8-09-2004 | Review motion by TH to Reconsider Amended Disgorgement Order and to vacate the same. | 2.5 |
| 8-23—24,2004 | Review of Comerica Objections to Contempt Motion/ Amend Motion. | 4.0 |

7

| | | |
|---|---|---|
| 8-25—30, 2004 | Work with T Halbert in preparation of an Omnibus Reply brief to Comerica objections to contempt/amend motions. | 10.0 |
| 8-30-2004 | Meeting with TH regarding denial of Taunt Motions for reconsideration of FOC ruling and other agenda items. | 2.1 |
| 9-08-2004 | Telephone calls with L Berg of Justice Dept and C Evans to see if they would be taking a position on the contempt / amend motions. | .6 |
| 9-14-2004 | Call with L Berg at DOJ to discuss case with her. | .3 |
| 9-15-2004 | File reply brief prepared by TH. | 1.2 |
| 9-15-2004 | Letter to C Evans as to DOJ position. | .2 |
| 9-15-2004 | Meeting with L Berg re the case and request for assistance. No help ever received. | .7 |
| 9-16-2004 | Work on motion to strike affidavit of P Default in connection with the fraud on the court case. | 2.1 |
| 9-16-2004 | Telephone conference with TH regarding affidavit from J. Hertzberg and continuing FOC. | .7 |
| 9-20-2004 | Continue work on strike motion. | .7 |
| 9-21-2004 | Final draft of strike motion and related documents. | 1.6 |
| 9-22-2004 | Preparation for argument on contempt/amend motion. | 2.1 |
| 9-23-2004 | Hearing on contempt amend motions. Denied motions, | 2.0 |
| 10-06-2004 | Review sur reply briefs on Motion to Strike. | 3.7 |
| 10-07-2004 | Hearing on motion to strike and . meeting with TH afterwards to discuss other outstanding matters in pursuing his employment and fraud on court status. Strike motion denied. | 3.2 |
| | | |
| | Total hours for 2004 at $ 220.00 per hour: | 75. |
| | Total fee requested at $220.00 per hour = | $16,500.00 |
| | | |
| | | |

8

| Date | Description | Hours |
|---|---|---|
| 3-12—14, 2005 | Review briefs in the 6th Circuit Court of Appeals on the employment issues of TH. Discuss argument strategy. | 3.0 ~~fn#1.~~ |
| 3-15-2005 | Attend oral argument in Court of Appeals. No charge. | 0 |
| 3-16—17, 2005 | Review of pleadings in preparation for oral argument on cross motions for Summary Judgment. | 8.0 |
| 3-17-2005 | Attendance at FOC Hearing. | 2.4 |
| 3-19-2005 | Commence drafting reply to Comerica objections to Hertzberg affidavit. Legal research on crime fraud exception to attorney client privilege. | 4.0 |
| 4-08-2005 | Receipt and review favorable decision on employment issue. Discuss with TH. | 1.0 ~~fn#1.~~ |
| 5-6-2005 | Receipt and review final order of Judge Taylor and her memorandum opinion, | 1.0 |
| | Total hours for 2005 at $225.00 per hour: | 19.40 |
| | Total charges for 2005 at $225.00 per hour: | $4,365.00 |
| 1-1-2006 | NO CHARGES FOR 2006 | |
| 4-14-2007 | Receipt, review and legal analysis of Judge Tucker's opinion on fraud on the court motions. | 3.5 |
| 4-14-2007 | Telephone conference with TH and further review FOC opinion and order. | 1.8 |
| 4-25-2007 | Receipt and review Taunt Notice of Appeal From FOC Appeal and telephone conference with TH concerning matters going forward. | 1.1 |
| 4-26-2007 | Receipt and review Notice of Appeal from Taunt defendants. | .5 |
| 4-26-2007 | Receipt and review of Comerica motion for reconsideration of Judge Tucker's [ the fraud on the court ] opinion | 1.4 |
| 4-27-2007 | Telephone conference with TH to discuss time deadlines and the delegation of work on the Taunt appeal and Comerica motion for reconsideration. | .6 |

9

| Date | Description | Hours |
|---|---|---|
| 5-4-2007 | Meeting with TH regarding cross appeal on FOC and demand letters re Disgorgement. | 1.3 |
| 5-14-2007 | Work on designation of record for the appeal. | 3.2 |
| 5-16-2007 | Review and legal analysis of Comerica brief on motion for reconsideration of the fraud on the court opinion. | 3.2 |
| 5-19-2007 | Assist TM in working on reply to Comerica motion. | 2.2 |
| 7-02-2007 | Receipt and review of Order Denying Comerica Reconsideration. Call with TH. | .3 |
| 8-22-2007 | Discussions with TH about choosing a mediator to try to get to a settlement and mediation strategy. | 2.0 |
| 8-31-2007 | Telephone conference with the Court and adverse parties about setting up mediation and proportion of mediation order. | 1.1 |
| 9-24-2007 | Attend briefing conference in the US District Court. Discussions with TH afterwards. | 2.0 |
| 11-13-2007 | Review work sheet prepared by TH as to involvement of Comerica fraud on the court by its counsel for mediation purposes. Meeting to discuss. | 2.3 |
| 11-27-2007 | Review and legal analysis of briefs on appeal of adverse parties. Telephone conferences with TH. | 3.7 |
| 12-07-2007 | Preparation for and meeting with counsel for Comerica to try to get mediation back on track. Meeting after with TH to brief him on developments. | 4.0 |
| 12-27-2007 | Review reply briefs to estate's cross appeal from fraud on the court ruling. | 3.9 |
| | Total earned hours for 2007 @235.00 per hour: | 38.10 |
| | Total fee for 2007 at $ 235.00 per hour: | $8,953.5 |
| 1-04-2008 | Work on preparation for mediation with Comerica/ Miller Canfield firm | 2.1 |
| 1-04-2008 | Attend mediation with mediator S. Gold settlement agreement is reached. | 4.0 |

10

| Date | Description | Hours |
|---|---|---|
| 1-06-2008 | Preparation for mediation with Taunt defendants and American Casualty Co. | 2.5 |
| 1-07-2008 | Attend settlement negotiations at S Gold's office. No settlement reached with Taunt or American Casualty Co defendants. | 6.0 |
| 1-17-2008 | Discuss with TH the advisability of seeking motion to amend complaint. | .2 |
| 1-18-2008 | Settlement reached with Miller Canfield. No charge. | 0 |
| 1-23-2008 | Receipt and review and legal analysis of reply briefs on appeal by Taunt defendants and Comerica. | 2.6 |
| 2-22-2008 | Telephone conference with TH concerning hiring general counsel to assist him in the adversary case. No charge. | 0 |
| 7-28-2008 | Appearance in Federal District Court on oral arguments on the fraud on the court decision of Judge Tucker. | 3.0 |
| | Total hours employed in 2008 at $240.00 per hour: | 20.40 |
| | Total fee requested at $240.00 per hour | $4,896.00 |
| | | |
| 1-6-2009 | Review Taunt Objections to Fee Disgorgement Motion, and discuss with TH. | .80 |
| 2-20-2009 | Review Plunkett Cooney brief opposing fee disgorgement and discuss with TH. | .40 |
| 9-8-2009 | Call with TH re disgorgement motion. | .30 |
| 9-30-2009 | Dicussion with TH re upcoming oral argument. | .30 |
| 10-19-2009 | Review Court notice re adjournment of hearings re fee disgorgement. Call with TH re adjournment hearing date. | .20 |
| | Total hours employed in 2009 at $245.00 per hour: | 2.00 |
| | Total fee requested at $245.00 per hour | $490.00 |
| | | |

11

| | | |
|---|---|---|
| 4-19-2010 | Receipt, review and discuss with TH, Taunt Supplemental Reply regarding Fee Disgorgement. | .50 |
| 4-13-2010 | Call with TH regarding Disgorgement hearing. | .40 |
| 4-14-2010 | Calls with TH and E. Morris regarding hearing. | .80 |
| 4-16-2010 | Receipt, review Disgorgement Order.  Call with TH. | .60 |
| | Total hours employed in 2010 at $250.00 per hour: | 2.30 |
| | Total fee requested at $250.00 per hour | $575.00 |
| | | |
| | | |
| | | |
| | | |
| | TOTAL HOURS REQUESTED: | 246.55 |
| | TOTAL COMPENSATION REQUESTED FOR FOC  AND DISGORGMENT ISSUES: | $54,688.50 |

12

03-04950-tjt    Doc 815    Filed 11/30/22    Entered 11/30/22 08:58:34    Page 15 of 38
03-04950-tjt    Doc 830    Filed 12/20/22    Entered 12/20/22 10:32:33    Page 19 of 39

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    M.T.G., INC., d/b/a MATRIX
    TECHNOLOGIES GROUP,

        Debtor.

Case No. 95-48268
Chapter 7
Hon. Thomas J. Tucker

_____/

GUY C. VINING, as the Trustee for the
Chapter 7 Estate of M.T.G., Inc., and in
the name of the UNITED STATES OF AMERICA,

        Plaintiff,

Adv. No. 03-4950

v.

COMERICA BANK, CHARLES J. TAUNT, AMERICAN
CASUALTY COMPANY OF READING, PA., CHARLES
J. TAUNT & ASSOCIATES, P.C., PLUNKETT & COONEY,
P.C., RONALD MARCINELLI, STEVEN LYONS, PAUL DUFAULT,
and MICHAEL A. COLLINS,

        Defendants.

_____/

## EXHIBIT B

**SUMMARY OF ATTORNEY TIME** – Attorney Todd M. Halbert

| DATE | WORK PERFORMED | TIME |
|------|----------------|------|
| | | |
| 2/17/02 | Research re US Trustee Manual, etc., notes, duties. | 2.30 |
| | | |
| 2/22/02 | Review U.S. Trustee's Manual and Chapter 7 Trustee's Handbook, notes re same, duties, reports. | 1.80 |
| | | |
| 2/23/02 | Review D.Lerner letter, Plunkett Cooney privilege log; review research, drafting memo re fraudulent inten; review files, memo re surcharge agreement references. | 3.30 |
| | | |

| | | |
|---|---|---|
| 2/24/02 | Review Taunt Motion to Vacate Opinion, notes re same, research re same, drafting Objection, research re trustee's duties, powers, and liabilities, research re Rule 2016(a), research re Section 506(c) | 7.40 |
| 2/25/02 | Research and drafting Objection to Motion to Vacate Opinion; drafting Response to Clerk's Request re Designation of Record and Statement of Issues on Appeal. | 5.60 |
| 2/25/02 | Letter to S.Toll re Objection. | .20 |
| 3/2/02 | Review notice of hearing re Motion to Vacate Opinion; research re successor trustees, trustee attorney-client privilege, etc.; drafting letter to S.Toll and D.Lerner re final demand for turnover of estate files; letter to D.Ellmann and K.Schneider re same; letters to C.Evans and G.Vining re same. | 4.70 |
| 3/3/02 | Research; organization of files, re fraud on court. | 2.00 |
| 3/4/02 | TC C.Evans re request that U.S. Trustee's Office join in our demand for turnover of trustee, estate files; TC G.Vining re demand letters, C.Evans conversation; TC K.Nathan re serving as Vining's general counsel; TC G.Vining re same; review Opinion re Motion to Vacate; letter to G.Vining re same. N/C | -0- |
| 3/6/02 | Review Lerner letter re demand for turnover of files, request for employment order; letter to Lerner and Toll re same, repeat demand. N/C | -0- |
| 3/7/02 | Review Ellman Final Report; review Lerner letter re turnover of file copies, withholding of alleged attorney-client files, copying charges. N/C | -0- |
| 3/11/02 | Drafting Amended Notice of Appeal and Certificate of Service; TC G.Vining re same, Ellmann response to request for turnover of estate files; letter to G.Vining re Amended Notice of Appeal, COS. | .70 |
| 3/12/02 | TC B.Cook re Amended Notice of Appeal, nature of amendment | .20 |
| 3/14/02 | Review Taunt Concurrence w/Motion to Vacate Employment Order; TC G.Vining re same, Ellmann's refusal to turn over documents. | .50 fn#1. |

| | | |
|---|---|---|
| 3/16/02 | Review Taunt files; memo to file re chronology; memo to file re circuit court litigation, abandonment, settlement chronology; memo to file re superpriority claim chronology. | 7.30 |
| 3/17/02 | Review Taunt files; TC K.Vercnocke re Taunt files, destruction of Debtor's files immediately after conversion; memo to file re surcharge, chronology. | 9.60 |
| 3/18/02 | TC M.Shapiro re trustee document retention policy; TC G.Vining re destruction of records by Taunt, document retention policy; letter to D.Christensen and J.White re demand for turnover of files; letter to G.Vining re same. | 1.00 |
| 3/21/02 | Review notice of hearing re motion to vacate employment order; review J.White letter re turnover demand. | .30 fn#1. |
| 3/22/02 | Review Taunt Supplemental Concurrence re TMH disqualification; review G.Vining letter re Ellman and Schneider. | .40 fn#1. |
| 3/23/02 | Notes re employment issues. | .30 fn#1. |
| 3/24/02 | Review files, drafting Designation of Record and Statement of Issues on Appeal. | 2.20 |
| 3/25/02 | Review Bank Concurrence re TMH disqualification; drafting Objection to Motion to vacate employment order; letter to Court re designation, statement of issues; letter to K.Schneider re Objections. | 3.90 fn#1. |
| 3/29/02 | Review Trustee's Objection to motion to vacate employment order; review D.Lerner letter re turnover of files; review S.Toll letter, Taunt privilege log, turnover of files. | .50 fn#1. |
| 4/3/02 | Review Taunt's designation of record and statement of issues on appeal; review Trustee's motion to compel turnover of estate files. | .40 |
| 4/15/02 | Review Bank Counterstatement of Issues on Appeal. | .20 |
| 4/17/02 | Review Schneider's Response to my Objections to his Motion to Vacate Employment Order; letters to K.Nathan and G.Vining re same. | .30 fn#1. |
| | | |

| 4/19/02 | Preparation for and attendance at Motion to Vacate employment order. | 4.00 fn#1. |
|---------|---------------------------------------------------------------------|------------|
| 5/12/02 | Research, drafting Brief re Special Counsel, Certificate of Service. | 6.60 fn#1. |
| 5/13/02 | Consultation w/K.Nathan re Brief; review Taunt brief re vacating employment order, notes, research re same. | 2.30 fn#1. |
| 5/15/02 | Review Trustee's Statement Opposing Motion to Vacate Employment Order; RVM and letter to K.Schneider re Turnover Motion, hearing; review Bank brief re vacating employment order, notes, research re same; letter to K.Schneider re turnover of files. | 1.90 fn#1 |
| 5/17/02 | Preparation for and attendance at hearing on Turnover Motion; meeting w/K.Nathan and G.Vining re strategies; revising Turnover Order; letter to Court re same; letters to K.Schneider and D.Christensen re same. N/C | -0- |
| 6/3/02 | Review true copy of Turnover Order. N/C | -0- |
| 6/13/02 | TC J.Green re extension of time to file appeal brief; TC S.Toll re same; TC D.Lerner re same;TC Judge's clerk re same. | .80 |
| 6/14/02 | Attendance at bench opinion re disqualification as special counsel for Trustee and subsequent meeting w/K.Nathan and Trustee re same. | 3.00 fn#1. |
| 6/17/02 | Notes re issues and TC G.Vining re disqualification and options available; TC K.Nathan re same; drafting letter demanding that Schneider and Ellman comply with Turnover Order and letter to G.Vining re same; letter to G.Vining re demand on bond; drafting letter re special counsel appointment and letter to G.Vining re same. | 2.40 |
| 6/18/02 | Research re bond. N/C | -0- |
| 6/26/02 | Research re trustee's fiduciary duties; letters to K.Nathan and G.Vining re same, fraud on Court. | 1.40 |
| 6/28/02 | Review G.Vining letter re transcript; review District Court order re deadlines. | .30 |

| | | |
|---|---|---|
| 7/1/02 | Memo to file re bankruptcy crimes; meeting with G.Vining, Eric Berkley and C.Mengel re claims against Taunt, Comerica, counsel and substitution of Berkley, Mengel & Vining as counsel. | 2.60 |
| 7/18/02 | Review Order vacating employment order. | .20 |
| 7/20/02 | Research, review files, drafting FOC appellate brief. | 2.30 |
| 7/22/02 | Research, review files, drafting FOC appellate brief. | 3.00 |
| 7/23/02 | Research, review files, drafting FOC appellate brief. | 3.20 |
| 7/23/02 | Drafting Motion for Reconsideration re disqualification, TMH affidavit. | 5.20 fn#1. |
| 7/24/02 | Research, review files, drafting FOC brief. | 4.20 |
| 7/25/02 | Research, review files, drafting FOC appellate brief. | 5.30 |
| 7/25/02 | TCs G.Vining re motion for disqualification reconsideration. | .80 fn#1 |
| 7/26/02 | Drafting motion for reconsideration; research, review files, drafting FOC brief. | 3.60 |
| 7/27/02 | Research, review files, drafting FOC brief. | 5.80 |
| 7/29/02 | Research, review files, drafting FOC appellate brief. | 7.20 |
| 7/30/02 | Research, review files, drafting FOC brief. | 4.10 |
| 7/30/02 | TC G.Vining re fraud on the court appeal brief, reconsideration motion; TC G.Vining re same. | .60 |
| 7/31/02 | Research, review files, drafting FOC appellate brief. | 6.00 |
| 8/1/02 | Research, review files, drafting FOC brief. | 4.80 |
| 8/6/02 | TC J.Green re Motion for Reconsideration, Fraud on the Court Appeal Brief | .20 |
| 8/7/02 | Amending appellate brief, preparing exhibits, etc. | 4.20 |
| 8/7/02 | TC G. Vining regarding appellate brief, meeting. | .20 |

| Date | Description | Hours |
|---|---|---|
| 8/8/02 | Preparation, filing, and service of Amended Fraud on the Court Appeal Brief and Exhibits; meeting with G.Vining re claims, possible settlement. | 10.50 |
| 8/9/02 | C G.Vining re fraud on the court appeal. | .40 |
| 8/13/02 | Reviewing Opinion and Order denying Motion for Reconsideration, notes. | .40 |
| 8/13/02 | TC's G.Vining re fraud on the court appeal, issues; TC G.Vining re issues, negotiation strategy. | .60 |
| 8/22/02 | TC Chris Olivari re same, decision on fee disgorgement; TC B.Cook re disgorgement appeal; TC B.Cook re same. | .60 |
| 10/20/02 | Research re fraud on the court appellate issues. | 8.00 |
| 10/21/02 | Drafting Appellant's Fraud on the Court Reply Brief, filing same. | 9.00 |
| | Total Hours for 2002 @ 270.00 hour. | 170.80 |
| | Total Fee Requested at 270.00 = | $46,116.00 |
| 1/15/03 | TC G.Vining re appellate brief. | .30 |
| 4/12/03 | Review Taylor opinion re Fraud on the Court remand, notes re same; TC G.Vining re Taylor opinion, going forward. | 1.30 |
| 4/21/03 | Drafting motion for reconsideration of Taylor remand of Fraud on the Court. | 3.00 |
| 4/28/03 | TC G.Vining re fraud on court, documents. | .30 |
| 9/12/03 | Review District Court Opinion and Order re employment, notes. | .50 ~~fn#1.~~ |
| 9/16/03 | Letter to counsel re Taylor reversal and requested stipulation re employment; letter to Vining re same; TC G.Vining re meeting. | .70 ~~fn#1.~~ |
| 9/18/03 | Meeting w/G.Vining and K.Nathan re going forward, in connection with fraud on Court. | 2.50 |
| 9/20/03 | Research UST re bankruptcy fraud. | .50 |

| Date | Description | Hours |
|---|---|---|
| 9/22/03 | Drafting Second Affidavit of Disinterestedness; TC G.Vining. | 1.10 fn#1. |
| 10/15/03 | TC G.Vining re employment order, disgorgement, fraud on court. | .30 |
| 11/12/03 | Drafting notice of appearance – 6th Circuit. | .20 fn#1. |
| 11/18/03 | Drafting Notice of Presentment, Order Vacating Disqualification Order; letter to G.Vining re same. | 1.00 fn#1. |
| 11/26/03 | Review Bank objections to presentment of order; review Taunt Objections re same. | .40 fn#1. |
| 11/28/03 | Review notice of hearing re presentment of order. | .20 fn#1. |
| 12/10/03 | Drafting Memorandum in support re employment order; letter to counsel re same; memo to file re withdrawal of reference. | 4.20 fn#1. |
| 12/11/03 | Preparation and attendance at hearing re entry of order re employment, meeting w/G.Vining after re same, etc. | 1.80 fn#1. |
| | Total Hours for 2003 @ 275.00 hour. | 18.30 |
| | Total Fee Requested at 275.00 = | $293.30 |
| 1/13/04 | Review defendants report re undisputed facts; memo to file re UST, Gellene, Big Rivers; research re fraud on court. | 2.70 |
| 1/16/04 | Review Big Rivers case, notes; TC G.Vining re same. | .60 |
| 1/19/04 | TC G. Vining re Big Rivers. | .30 |
| 1/27/04 | Research, review of file, drafting summary judgment brief re fraud on the court. | 6.20 |
| 1/28/04 | Research, review of file, drafting summary judgment brief re fraud on the court. | 5.90 |
| 1/29/04 | Research, review of file, drafting summary judgment brief re fraud on the court. | 4.80 |
| 1/30/04 | Research, review of file, drafting summary judgment brief re fraud on the court. | 7.10 |

| Date | Description | Hours |
|---|---|---|
| 1/31/04 | Research, review of file, drafting summary judgment brief re fraud on the court. | 5.30 |
| 2/1/04 | Notes re exhibit list; notes re bank involvement in fraud on court; research, review of file, drafting summary judgment brief re fraud on the court. | 7.70 |
| 2/2/04 | Research, review of file, drafting summary judgment brief re fraud on the court. | 8.00 |
| 2/3/04 | Research, review of file, drafting summary judgment brief re fraud on the court. | 8.50 |
| 2/4/04 | Research, review of file, drafting and filing summary judgment motion and brief re fraud on the court, letter to G.Vining re same. | 5.50 |
| 3/11/04 | Review Miller Canfield, Plunkett Cooney, Bank, and Taunt summary judgment, motion, notes re same, research re same. | 2.10 |
| 3/26/04 | Document review, notes, memos; review Taunt appellate brief, notes. | 3.90 |
| 3/28/04 | Meeting with G. Vining re various issues. | 2.50 |
| 4/7/04 | TC G. Vining re various issues. | .60 |
| 4/14/04 | TC G. Vining re various issues, research. | .40 |
| 4/23/04 | Research re FRCP 56 and 60, FOC, LA bribery case, BR 2003, proof of claim-res judicata, professional compensation, notes re same. | 2.30 |
| 4/25/04 | Drafting FOC brief outline; scanning and organizing documents. | 2.70 |
| 5/2/04 | Letter to C.Evans re requested documents; letter to C.Evans requesting identification of cases in which Taunt was removed for conflict of interest; research re § 326(a). | 1.10 |
| 5/8/04 | Review file, notes re trustee receipts, payments; review file, drafting time summaries. | 2.30 |

| | | |
|---|---|---|
| 5/20/04 | Research re findings of fact, law, notes. | .90 |
| 5/21/04 | Review G. Vining letter re meeting; review files, preparing summaries of Taunt/PC time entries. | 4.30 |
| 5/23/04 | Review files, preparing summaries of time entries. | 1.90 |
| 5/28/04 | Memo to file re Court's power to investigate fraud on court; review Bank objection to extension. | .40 |
| 6/4/04 | Memo re Taunt breaches of fiduciary duty. | .40 |
| 6/6/04 | Research, review of files, drafting Trustee's reply brief re fraud on court. | 3.90 |
| 6/7/04 | Research, review of files, drafting Trustee's reply brief re fraud on court. | 6.10 |
| 6/8/04 | Research, review of files, drafting Trustee's reply brief re fraud on court. | 7.00 |
| 6/9/04 | Research, review of files, drafting Trustee's reply brief re fraud on court. | 8.80 |
| 6/10/04 | Research, review of files, drafting Trustee's reply brief re fraud on court; TC G.Vining re various issues. | 1.00 |
| 6/16/04 | Drafting letter to M.Shreve re Taunt disgorgement; letter to G.Vining re same. | .80 |
| 6/29/04 | TC G.Vining; meeting w/G.Vining re conversion DIP accounts, employment, other issues, non-disclosure. | 1.70 |
| 7/5/04 | Review files; letter to G.Vining re CJTA memo re frozen bank accounts; review G.Vining letter re same; letter to G.Vining re CJTA 2/10/96 counterproposal re fees/retention by Bank). | 2.7 |
| 7/7/04 | Review T.Giannico letter re status; review files, drafting appellate brief. | 9.00 fn#1. |
| 7/19/04 | Letter to G.Vining re Taylor opinion, breach of fiduciary duty and conflict of interest. | .20 |

| | | |
|---|---|---|
| 7/29/04 | Review Amended Opinion and Order re Disgorgement of Fees, notes re same; letter to G.Vining re same; letter to clerk re appellate brief. | .70 |
| 8/4/04 | Trip to Bankruptcy Court to review MTG file, obtain copies of Orders; meeting w/G.Vining re same, strategies; TC Judge Hughes' clerk re order; TC Judge Rhodes' clerk re Assignment Order. | 3.40 |
| 8/9/04 | TC G.Vining re motions to be filed; research, drafting Motion to Vacate Orders for FOC, Corrected Motion re same, Motion for Reconsideration of Disgmt Order, Corrected Mtn re same, Ex Parte Mtn re Extn of Time to Appeal, Ex Parte Order re same, Notices of Hearing, Notice of Mtn to Vacate, Certificate of Service; letter to Court. | 5.50  fn#1. |
| 8/11/04 | Review ACC's Concurrence with Taunt Reply Brief; review Bank's Reply Brief re FOC summary judgment motions, Dufault Affidavit, notes. | 1.10 |
| 8/12/04 | Letter to G.Vining re motions to vacate, reconsideration, proposed Orders; letter to clerk re appellate brief; revising appellate brief, certificate of service, letter to court; TC G.Vining re various matters. | 2.90  fn#1. |
| 8/15/04 | Letter to G. Vining re damages, restitution. | .60 |
| 8/19/04 | Research re contempt, etc.; letters to G.Vining re same; TC G.Vining re contempt, employment. | 1.60  fn#1. |
| 8/20/04 | TC's G. Vining re case, employment, Taunt standing. | .50  fn#1. |
| 8/30/04 | Letter to M.Shreve re Court's Opinion and Order denying Taunt motion for reconsideration re FOC ruling; letter to G.Vining re secret account, transfers slips; TC G.Vining re demand on Bank re secret account documents; research re trustee duties; letter to G.Vining re Hughes Opinion and Order; meeting w/G.Vining re contempt motion, appeal, going forward. | 4.40 |
| 8/31/04 | TC G.Vining re Mtn Rcnsdrtn, strategies; review G.Vining letter to R.Diehl demanding copies of secret account documents. | .40 |
| 9/5/04 | Research, memo re counsel's billing for trustee services. | .50 |

| | | |
|---|---|---|
| 9/16/04 | Review files re documents; letters to G.Vining re same; drafting Hertzberg affidavit; TC G.Vining re various issues. | 7.60 |
| 9/24/04 | Review clerk letter re joint appendix, final brief deadlines. | .20 fn#1. |
| 10/2/04 | Review M.Reynolds letter re admin stay order; meeting w/J.Hertzberg, G.Vining re affidavit. | 1.60 |
| 10/7/04 | Preparation for attendance at hearings on TMH employment, motion to strike affidavit. | 3.00 fn#1. |
| 10/8/04 | Review G.Vining letter re case; letter to G.Vining re FOC pleading. | .30 |
| 10/9/04 | Revising affidavit; letter to J. Hertzberg re same. | .60 |
| 11/18/04 | Letter to G. Vining re third party payments. | .20 |
| 11/26/04 | Review G.Vining letter re 6th Cir appellate brief. | .10 fn#1. |
| 12/13/04 | Review case re continuing fraud on court; memo re research to perform. | .50 |
| | Total Hours for 2004 @ 280.00 hour. | 165.30 |
| | Total Fee Requested at 280.00 = | 46,284.00 |
| 2/9/05 | Review CJT motion to dismiss appeal, research, notes; review notice of appearance. | 1.40 |
| 2/28/05 | Review notice of hearing re motion to dismiss; TC Judge Taylor's clerk re briefing extension; TC Judge Taylor's clerk, Robin, re same; TC M.Shreve's office re same. | .80 |
| 2/29/05 | Review CJT amended motion to dismiss; review Miller Canfield concurrence. | .60 |
| 3/10/05 | Meeting w/G.Vining re hearing, other matters. | 1.10 |
| 3/11/05 | Trip to Hertzberg office to pick up signed affidavit; review M.Reynolds letter re Hertzberg affidavit; review notice of hearing on amended motion to dismiss. | 1.10 |
| 3/12/05 | Letter to G.Vining re affidavit. | .10 |

| | | |
|---|---|---|
| 3/13/05 | Drafting Objections, Brief re CJT motion to dismiss appeal. | 7.90 |
| 3/15/05 | Preparation for and attendance at 6th Circuit hearing, meetings w/G.Vining re same and FOC hearing. | 12.00 ~~fn#1.~~ |
| 3/17/05 | Preparation for and attendance at FOC hearing, meeting w/G.Vining afterwards. | 9.40 |
| 3/28/05 | Review G.Vining letter re FOIA documents; letter to G.Vining re same. | .20 |
| 3/29/05 | Review CJT reply to objections to motion to dismiss. | .50 |
| 4/4/05 | Review Vining letter re response; review Vining letter re Employment Order; TC G.Vining re same. | .40 |
| 4/8/05 | Review 6 Circuit opinion and notes re same. | 1.70 ~~fn#1~~ |
| 4/15/05 | TC District Court clerk re schedule conflict); TC District Court clerk re same; letter to G.Vining re same. | .60 |
| 4/18/05 | Preparation for and attendance at hearing on Taunt's motion to dismiss appeal, meeting w/G.Vining afterwards. | 3.00 |
| 4/20/05 | Review CJT notice of entry of order. | .20 |
| 5/5/05 | Review Shreve ex parte letter to Judge Tucker re disgorgement of fees; review MRPC re Shreve ex parte violations; letter to G.Vining re same. | .60 |
| 5/9/05 | Review research; letter to G.Vining re same. | 1.40 |
| 6/17/05 | Research re FOC, Hughes recent FOC opinion; letter to G.Vining re same. | .60 |
| 10/14/05 | Research re various issues; review Order vacating Disqualification Order; review Order re Hertzberg Affidavit; letter to G.Vining re Orders. | 2.70 |
| 10/27/05 | Drafting motion to vacate. | 4.40 ~~fn#1.~~ |
| 10/28/05 | Drafting amended affidavit of disinterestedness | .30 ~~fn#1.~~ |

| | | |
|---|---|---|
| | Total Hours for 2005 @ 285.00 hour. | 51 |
| | Total Fee Requested at 285.00 = | $14,535.00 |
| | | |
| 5/31/06 | Meeting w/G.Vining re FOC, status. | 1.30 |
| | | |
| | Total Hours for 2006 @ 290.00 hour. | 1.30 |
| | Total Fee Requested at 290.00 = | $377.00 |
| | | |
| 4/14/07 | TC's G.Vining re FOC Order and Opinion. | 2.00 |
| | | |
| 4/15/07 | Pacer research, downloading, initial review of FOC Order, Opinion. | .70 |
| | | |
| 4/16/07 | Detailed review of FOC Opinion, notes re same. | 1.50 |
| | | |
| 4/18/07 | Review G.Vining letter re fraud on Court; review G.Vining letter re Michigan trust case, research re same; TC G.Vining re going forward. | 1.00 |
| | | |
| 4/25/07 | Review Taunt Notice of Appeal; review Plunkett Cooney Notice of Appeal; TC G.Vining re appeals, going forward. | 1.00 |
| | | |
| 4/27/07 | Review M.Shreve letter, Notice of Appeal; review J.Raphaelson letter, Order scheduling response to Comerica motion to dismiss following fraud on court ruling; TC G.Vining re Reynolds call, Miller Canfield Motion for Reconsideration, motion to dismiss, jurisdiction, etc. | 1.00 |
| | | |
| 5/2/07 | TC G.Vining re FOC opinion. | .20 |
| | | |
| 5/3/07 | Review Notice re Designation of Record and Statement of Issues. | .20 |
| 5/4/07 | Drafting and filing Notice of Cross-Appeal; letter to G.Vining re same (.10); TC G.Vining re same; meeting w/G.Vining re various issues, including notice of appeal constituting motion for leave to appeal, response to MC motion for reconsideration, response to Comerica Bank motion to dismiss, and demand letters re disgorgement, motion for scheduling order in FOC matter, motion for status conference in adversary proceeding. | 4.80 |
| | | |
| 5/7/07 | Review PC designation of record and statement of issues; TC K.Nathan re Opinion, going forward; review Taunt designation, statement of issues; review Transcript Order; | 1.30 |

| | | |
|---|---|---|
| | TC G.Vining re employment; letter to G.Vining re Designation of Record and Statement of Issues on Appeal. | |
| 5/9/07 | Review J.Raphaelson letter to G.Gretschak re appeal; TC G.Gretschak re same, designation of record and statement of issues; letter to G.Vining re Comerica appeal. | .50 |
| 5/10/07 | TC G.Vining; LM M.Reynolds re concurrence; drafting Extension Motion re Response to MC Motion for Reconsideration, Order, Certificate of Service. | .80 |
| 5/13/07 | Research re claims in connection with fraud on the Court. | 4.00 |
| 5/14/07 | Review Extension Order re Response to MC Motion for Reconsideration; review files, dockets, drafting and filing Cross-Appellants' Designation of Record and Statement of Issues on Appeal. | 3.20 |
| 5/15/07 | TC G.Vining re Desig Record, SIA, Appeal of Right; organization of files; TC G.Vining; letter to counsel re Opinion. | 1.10 |
| 5/17/07 | Drafting Extension Motion and Order re Response to Comerica Motion to Dismiss; LM J.Raphelson re concurrence; drafting Stipulation re same, revising Order; letter to J.Raphelson re consent; TC J.Raphelson re same; review J.Raphelson letter re consent; filing Stip and Order; TC G.Vining re extension. | 1.70 |
| 5/22/07 | Research re motion for reconsideration, notes; organizing files; review Vining response to Miller Canfield motion for reconsideration; TC G.Vining re same. | 2.30 |
| 5/27/07 | Research, review files, drafting response to MC motion for reconsideration; research re ethics rules; TC G.Vining. | 4.20 |
| 5/28/07 | Research, review files, drafting response to Bank motion to dismiss. | 1.20 |
| 5/29/07 | Research; review files; drafting response to Bank motion to dismiss; TC G.Vining re same. | 2.70 |
| 5/30/07 | Research, review files, drafting response to Bank motion to dismiss; TC G.Vining re same. | 5.40 |
| 5/31/07 | Research, review files, drafting and filing response to Bank motion to dismiss. | 4.80 |

| | | |
|---|---|---|
| 6/1/07 | TC G.Vining re response to Bank motion to dismiss; research re FOC decisions in 6th Circuit. | 1.20 |
| 6/2/07 | Research re FOC decisions in 6th Circuit | .80 |
| 6/4/07 | TC G.Vining re response to Bank motion to dismiss, etc; research re proof of claim is equivalent to complaint, memo re same. | .90 |
| 6/5/07 | Review MC Reply re Motion for Reconsideration; review Scheduling Conference Notice; TC G.Vining re conference. | 1.00 |
| 7/2/07 | Review Court's Order denying MC Motion for Reconsideration; TC G.Vining re same. | .40 |
| 7/6/07 | Review OSC re dismissal re failure to file designated record; LM, TC G.Gretschak re same; TC G.Vining re same; TC Judge Taylor's clerk re same; TC G.Vining re same, going forward; attempt to file DR &SIA at Dist Ct website; TC G.Gretschak re delivery of documents re designated record; review letter from G.Gretschak re same; Pacer search re OSC's re other appeals; review OSC re PC appeal. | 1.90 |
| 7/8/07 | Review and compiling pleadings re designated record, letters to G.Gretschak re same. | 2.20 |
| 7/10/07 | Review CB Notice of Appeal; review MC Notice of Appeal. | .40 |
| 7/11/07 | Review Memo re Apparent Deficiency; review Miller Canfield's Designation of Record and Statement of Issues on Appeal; RVM G.Vining; review G.Gretschak letter to M.Reynolds; review Ludden Notice of Appearance. | .70 |
| 7/16/07 | TC Judge Taylor's clerk re OSC; LM G.Gretschak re same; review files, drafting and filing Response to OSC. | 1.50 |
| 7/20/07 | Review G.Gretschak letters to counsel re delivery of designated documents; review Bank Designation of Record and Statement of Issues on Appeal; review MC Designation of Record and Statement of Issues on Appeal. | .80 |
| 7/23/07 | Review G.Gretschak letter to MC re production of documents re designated record. | .10 |

| Date | Description | Hours |
|---|---|---|
| 7/27/07 | Review M.Reynolds letter to G.Gretschak re documents. | .10 |
| | | |
| 8/1/07 | Review Order re payment of copying costs; letter to Court re payment. | .40 |
| | | |
| 8/9/07 | TC G.Vining re meeting, demand letter, appeals; review M.Reynolds letter re joint brief re extension of time; letter to counsel re proposed joint motion for consolidation and scheduling order; review M.Shreve letter re concurrence; review M.Reynolds letter re same. | .90 |
| | | |
| 8/13/07 | Review letter from G.Brown re Joint Motion; review Notice of Hearing re Bank's Motion to Dismiss; review Transcript re summary judgment hearing; review letter from M.Reynolds re joint motion; review MR's draft re joint motion; letter to G.Vining re same. | 1.40 |
| | | |
| 8/14/07 | Review letter from B.Einhorn re joint motion. | .10 |
| | | |
| 8/17/07 | Review letter from M.Reynolds re filings, review Motion and Brief re same; review letter from letter from MR, revised Motion, Brief; TC M.Reynolds re page limit issue; letter to M.Reynolds re same, otherwise concur in relief sought; drafting Motion for Consolidation of Appeals, Brief, Certificate of Service and filing same with District Court; review letter from letter from G.Brown re joint motion; letter to counsel re Trustee's Motion, Brief; review letter from Yvonne Rush, B.Einhorn filings. | 2.80 |
| | | |
| 8/28/07 | Review Harb Notice of Appearance; TC G.Vining re appeal; Review letter from Judge Taylor's clerk re status conference; letter to G.Vining re same; review M.Reynolds letter to Court re scheduling conference dates; TC G.Vining re conference; letter to Court confirming available dates are okay; review M.Shreve letter re availability on 9/20. | 1.30 |
| | | |
| 8/31/07 | Review Notice of District Court Status Conference); letter to G.Vining re same; TC G.Vining re mediation issues; conference call with Court and counsel re mediation; TC S.Gold re willingness to mediate; TC G.Vining re mediation; review Mediation Order; letter to G.Vining re same. | 1.90 In#2. |
| | | |

| | | |
|---|---|---|
| 9/10/07 | LM S.Gold re mediation; letter to counsel re same; review J.Frank letter re waiving client attendance requirement at mediation. | .40  fn#2. |
| 9/11/07 | TC S.Gold re mediation dates; review letter from M.Reynolds re mediation; review letter from B.Einhorn re same; review letter from M.Reynolds re same; review letter from B.Einhorn re same; review letter from M.Reynolds re same; review letter from J.Frank re same. | 1.00 fn#2. |
| 9/20/07 | Preparation for and attendance at District Court Scheduling Conference. | 1.50 |
| 10/7/07 | Review Judge Tucker's decision in Shapiro v Plante Moran; letter to G.Vining re same. | .50 |
| 10/9/07 | Review Judge Tucker's decision in Shapiro v Plante Moran; letter to G.Vining re same. | .50 |
| 10/10/07 | TC G.Vining re Shapiro decision. | .20 |
| 11/17/07 | Research, review files, drafting appellate brief. | 4.00 |
| 11/18/07 | Research, review files, drafting appellate brief; review J.Frank letter requesting confirmation that Trustee not seeking relief against Bond Company in Default Judgment Motion. | 5.00 |
| 11/19/07 | Research, review files, drafting, filing appellate brief. | 6.00 |
| 11/20/07 | Review Bank's appellate brief, review Taunt's appellate brief, MC's appellate brief, and PC's appellate brief, research, notes re same; TC G.Vining re our appellate brief, settlement discussions with either MC or bond company; review Dist Court clerk letter re error in filing exhibits; letter to clerk re same; review clerk's letter re same; letter to clerk re same; TC's G.Vining re Bank's appellate brief; review J.Frank letter re whether seeking default judgment against bond company. | 3.70 |
| 12/10/07 | Preparing courtesy copy of appellate brief, trip to District Court re same; TC G.Vining re appellate issues. | 1.50 |
| 12/17/07 | Research, drafting appellee's response brief; TC G.Vining. | 2.10 |

| | | |
|---|---|---|
| 12/18/07 | Research, drafting appellee's response brief; TC G.Vining re appellate brief. | 3.50 |
| 12/19/07 | Research, drafting appellee's response brief; drafting Motion and Order for extension of time re filing of appellate briefs. | 4.60 |
| 12/20/07 | TC Judge Taylor's clerk re extension; TC G.Vining re same, MC; TC M.Reynolds and S.Woods re MC settlement offer, summary of notes re same; letter to G.Vining re same; review true copy of Extension Order re briefs. | 1.10 |
| 12/31/07 | Drafting and filing Appellees Brief. | 5.10 |
| | Total Hours for 2007 @ 295.00 hour. | 107.10 |
| | Total Fee Requested at 295.00 = | $31,594.50 |
| 1/4/08 | Review G.Vining letter re appellate briefs; letter to G.Vining re same. | .20 |
| 1/22/08 | Research, drafting, filing appellate reply brief. | 6.50 |
| 1/23/08 | TC G.Vining re CJT appeal brief, issues; TC G.Vining re same; review Comerica, Taunt, Plunkett Cooney, Miller Canfield appellate reply briefs, notes re same. | 2.50 |
| 2/1/08 | TC G.Vining re appeal. | 2.0 |
| 7/28/08 | Preparation for and attendance at FOC appeal hearing; TC K.Nathan re appeal hearing. | 4.50 |
| 7/29/08 | Left message for J.Frank (n/c); Review letter from J.Frank re extension, appeal hearing; TC with G.Vining re appeal hearing, extension; Review letter from E.Morris re extension request; letter to B.Einhorn same; Review letter from B.Einhorn same; Review letter from E.Morris re appeal hearing. | .90 |
| 11/23/08 | Review file, notes, research, drafting Motion re disgorgement of fees. | 2.50 |

| | | |
|---|---|---|
| 11/24/08 | Review file, notes, research, drafting Motion re disgorgement of fees; TC with G.Vining re fee disgorgement, etc. | 3.00 |
| 11/25/08 | Review letter from G.Vining re fee disgorgement draft; TC with G.Vining re fee disgorgement motion. | .30 |
| 12/2/08 | Review file, drafting Motion, Notice, Order re fee disgorgement by Taunt defendants and Plunkett Cooney. | 1.10 |
| 12/19/08 | Review letter from P.Bernard, proposed stipulation and order re extension re fee disgorgement motion; letter to P.Bernard re same; letter to P.Bernard re revising and approving same. | .60 |
| 12/22/08 | Review letter from JB re rescheduling discovery conference; letter to E.Morris re same; review Order extending Plunkett Cooney time to respond to disgorgement motion. | .50 |
| | Total Hours for 2008 @ 300.00 hour. | 24.60 |
| | Total Fee Requested at 300.00 = | $7,380.00 |
| 1/5/09 | Review Taunt Objections to Fee Disgorgement Motion. | .40 |
| 1/6/09 | Further review Taunt Objections to Fee Disgorgement Motion. | .50 |
| 2/20/09 | Review Plunkett Cooney supplemental brief opposing fee disgorgement. | .20 |
| 9/8/09 | TC with G.Vining re disgorgement motion, etc. | .20 |
| 9/30/09 | Review files, drafting oral argument, preparation for and attendance at hearing on motion to compel discovery | 8.00 |
| 10/19/09 | Review Court notice re adjournment of hearings re fee disgorgement. | .20 |
| 11/17/09 | Review Notices of Adjournment of fee disgorgement hearing. | .20 |
| | Total Hours for 2009 @ 305.00 hour. | 9.70 |
| | Total Fee Requested at 305.00 = | $2958.50 |

| | | |
|---|---|---|
| 3/18/10 | Review Notices re adjournment of fee disgorgement, motion. | .20 |
| 4/19/10 | Review Taunt Supplemental Reply re Fee Disgorgement Motion, cases cited, notes. | .50 |
| 4/13/10 | Review file, documents, research, notes re fee disgorgement and turnover hearings; TC with G.Vining same. | 4.60 |
| 4/14/10 | Preparation for and attendance at fee disgorgement and turnover hearings; TC with E.Morris same; TC with G.Vining same. | 8.90 |
| 4/16/10 | Review Disgorgement Order; Review letter from E.Morris re same. | .40 |
| | Total Hours for 2010@ 310.00 hour. | 14.60 |
| | Total Fee Requested at 310.00 = | $4,526.00 |
| | Total Hours Requested: | 562.70 |
| | Total if all fees are allowed: | $154,064.30 |